Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 333055
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TAYLOR FUGERE,**<br><br>Plaintiff,<br><br>vs.<br><br>**BETTER TAX RELIEF LLC,**<br><br>Defendant. | Case No.: 1:25-cv-01698-KES-SKO<br><br>**Hon. Kirk E. Sherriff**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Taylor Fugere, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal of the above-styled action. Plaintiff's individual claims against Defendant are dismissed *with* Prejudice. The claims of the putative class members are dismissed *without* prejudice. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

Dated: March 31, 2026

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470