# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TAYLOR FUGERE,

Plaintiff,

v.

BETTER TAX RELIEF LLC,

Defendant.

Case No. 1:25-cv-01698-KES-SKO

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 6)

On March 31, 2026, Plaintiff filed a "Notice for Voluntary Dismissal," notifying the Court that this case is voluntarily dismissed with prejudice as to the individual claims and without prejudice as to the putative class's claims. (Doc. 6). Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice as to the individual claims and without prejudice as to the putative class's claims pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **April 1, 2026**         /s/ *Sheila K. Oberto*
                          UNITED STATES MAGISTRATE JUDGE